UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EDWARD JANSEN,<br><br>Petitioner,<br><br>v.<br><br>TRISTAN LEMON,<br><br>Respondent. | No. 2:23-cv-02018-EFB (HC)<br><br><br>ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. A petitioner seeking a writ of habeas corpus either must pay the $5.00 filing fee, *see* 28 U.S.C. § 1914(a), or request leave of court to proceed in forma pauperis, 28 U.S.C. § 1915(a). Petitioner has filed an application to proceed in forma pauperis. ECF No. 5. The application reveals that petitioner had $2,348.15 in his inmate trust account as of November 8, 2023, with an average account balance over the prior six months of $376.75 and average monthly deposits of $562.33. Because petitioner is not "unable to pay" the $5 filing fee, as § 1915(a) requires, the application will be denied.

/////
/////
/////
/////
/////

1   Within 30 days from the day this order is served, petitioner may submit the $5 filing fee.
2   Petitioner's failure to comply with this order will result in a recommendation that this action be
3   dismissed.
4   So ordered.

6   Dated: December 19, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE